UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

<u>Jay L. Neeper</u>

    v.                                              Case No. 21-cv-759-SM

<u>NH State Prison, Warden</u>

<u>ORDER</u>

After due consideration of the objection filed, I herewith approve the Report and Recommendation of Magistrate Judge Andrea K. Johnstone dated May 10, 2022, for the reasons set forth therein. Additionally, finding that the petitioner has failed to make substantial showing of the denial of a constitutional right, the court declines to issue a certificate of appealability. See 28 U.S.C. § 2253(c)(2); Rule 11, Rules Governing Habeas Corpus Cases Under Section 2254; First Cir. LR 22.0.

**So Ordered.**

_____
Steven J. McAuliffe
United States District Judge

Date: May 23, 2022

cc: Jay L. Neeper, pro se